1
2
3
4
5
6
7
8

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JEROME ESPINOZA-MATTHEWS, | Case No. EDCV 03-921-BRO (LAL) |
| Petitioner, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| MIKE MCDONALD, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1.      The Report and Recommendation is approved and accepted;

2.      Judgment be entered denying the First Amended Petition and dismissing this action with prejudice; and

///

3.      The Clerk serve copies of this Order on the parties.

**IT IS HEREBY ORDERED**      

Dated: <u>May 24, 2016</u>

_____

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE