UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JEROME ESPINOZA-MATTHEWS,<br><br>Petitioner,<br><br>v.<br><br>MIKE MCDONALD, Warden,<br><br>Respondent. | Case No. EDCV 03-921-BRO (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

**IT IS HEREBY ORDERED**

Dated: May 24, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

-1-